IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC., | : |
| | : CIVIL ACTION |
| Plaintiff, | : FILE NO.: 2:04cv00209 |
| | : |
| V. | : |
| | : |
| PHIL STANLEY SMITH, JR. and | : |
| UNDERGROUND UTILITY | : |
| CONTRACTORS, INC., | : |
| | : |
| Defendants. | : |

## CONSENT JUDGMENT

UPON, Financial Federal Credit Inc.'s Complaint, and the parties hereto having consented to the entry of this Judgment as evidenced by the signature of their attorneys of record, it is hereby

ORDERED AND ADJUDGED that judgment enter in favor of Financial Federal Credit Inc. and against Phil Stanley Smith, Jr. and Underground Utility Contractors, Inc., jointly and severally, in the amount of $225,000.00 and it is further

ORDER AND ADJUDGED that all court cost be paid by Defendants, jointly and severally, and it is further

ORDER that interest shall accrue on this judgment at the maximum amount allowed by law.

So Order this ___ day of ~~December~~ Jan., 200~~5~~ 6

_____
ANTHONY A. ALAIMO
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

CONSENTED TO BY:

MOORE, CLARKE, DuVALL & RODGERS, P.C.

By: _____
DAVID A. GARLAND
Georgia State Bar No.: 005680
Attorneys for Financial Federal Credit Inc.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, Georgia 31707
(229) 888-3338

By: _____
ROBERT H. BAER
Georgia State Bar No.: 030950
Attorney for Phil Stanley Smith, Jr. and
Underground Utility Contractors, Inc.
Post Office Box 1792
Brunswick, Georgia 31521
(912) 264-3120